1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**The Honorable Robert S. Lasnik**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>GEORGE LAVELL FROST,<br><br>          Defendant/Judgment Debtor,<br><br>     and<br><br>REWEALTH VENTURES, LLC.,<br><br>          Garnishee. | NO.  2:15-MC-00022-RSL<br><br>       (2:01-CR-0325-1)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Contact Skills Inc. is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. George Lavell Frost and Rewealth Ventures,  LLC U*SDC#: 2:15-MC-00022-
RSL/2:01-CR-0325-1)1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated this 25th day of September, 2020.

*MW S Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. George Lavell Frost and Rewealth Ventures,  LLC U*SDC#: 2:15-MC-00022-
RSL/2:01-CR-0325-1)2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970